389 A.2d 689

Kimball, Appellant, v. Milliron.

Submitted November 14, 1977. Richard Hutchinson, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

JACOBS, P. J., and SPAETH, J., dissented on the ground that appellant's preliminary objections to appellee's preliminary objections should have been sustained.

WATKINS, former P. J., did not participate in the consideration or decision of this case.